Lori N. Brown (SBN: 8858)
**GORDON REES SCULLY MANSUKHANI, LLP**
Two North Central Avenue Suite 2200
Phoenix, AZ 85004
Telephone: (602) 794-3651
Facsimile: (602) 265-4716
lbrown@grsm.com

*Attorneys For Defendant Portfolio Recovery Associates, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Adriana Graciano a.k.a Adriana Vaca,<br><br>  Plaintiff,<br><br>vs.<br><br>Portfolio Recovery Associates, LLC; and Experian Information Solutions, Inc.,<br><br>  Defendants. | CASE NO. 2:21-cv-01942-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO COMPLAINT**<br><br>**(First Request)** |

Pursuant to Local Rule IA 6-1, Defendant Portfolio Recovery Associates, LLC ("PRA") by and through its attorneys, Lori N. Brown of Gordon Rees Scully Mansukhani, LLP and Plaintiff Adriana Graciano, by and through her attorneys Erik W. Fox and Jamie S. Cogburn of Cogburn Law, hereby stipulate and agree as follows:

1. Plaintiff filed her Complaint on October 21, 2021.

2. PRA executed a waiver of service of summons dated November 18, 2021.

3. PRA's responsive pleading is currently due January 17, 2022.

4. PRA retained Gordon & Rees as counsel to represent its interests in this matter.

5. PRA requests additional time to file its response to the Complaint up to and including February 7, 2022.

-1-

1   6. Plaintiff does not oppose the requested extension.

2   7. The extension, which is PRA's first requested extension, will allow PRA to
3   investigate the allegations of Plaintiff's Complaint and permit the parties to explore
4   possible early resolution without incurring unnecessary fees and costs.

5   8. This stipulation is not made for purposes of delay.

6   9. Accordingly, PRA will file its responsive pleading to Plaintiff's Complaint
7   on or before February 7, 2022.

**IT IS SO STIPULATED.**

DATED this 12th day of January, 2022.

**GORDON REES SCULLY MANSUKHANI, LLP**

By: /s/ Lori N. Brown_____
**Lori N. Brown**
Attorneys for Defendants
Portfolio Recovery Associates, LLC

**COGBURN LAW**

By: /s/ Erik W. Fox_____
**Erik W. Fox**
**Jamie S. Cogburn**
Attorneys for Plaintff

**IT IS SO ORDERED**

_____
**United States Magistrate Judge**

DATED: 1-12-2022_____

**CERTIFICATE OF SERVICE**

The undersigned certifies that on **January 12, 2022**, the foregoing document with exhibits, if any, was filed with the Clerk of this Court via the ECF system, which will send notification of such filing to all parties of record.

Jamie S. Cogburn
Erik W. Fox
COGBURN LAW
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074
jsc@cogburncares.com
ewf@cogburncares.com
*Attorney for Plaintiff*


Kimberley M. Davison

**Gordon Rees Scully Mansukhani, LLP**
Two North Central Avenue Suite 2200
Phoenix, AZ 85004